**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher David Thompson,<br><br>                    Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>                    Defendant. | No. CIV 05-1493-PHX-JWS (DKD)<br><br>**ORDER** |

Plaintiff filed his Complaint in this matter on May 19, 2005 (Doc. #1); Defendant filed his Answer on September 9, 2005 (Doc.#9). On September 29, 2005, Plaintiff filed his Response to Defendant's Answer (Doc. #10). Pursuant to Rule 7(a), Federal Rules of Civil Procedure:

> **Pleadings.** There shall be a complaint and an answer; a reply to counterclaim denominated as such; and an answer to a cross-claim, if the answer contains a cross-claim; a third-party complaint; if a person who was not an original party is summoned under the provisions of Rule 14; and a third-party answer, if a third-party complaint is served. No other pleading shall be allowed, except that the court may order a reply to an answer or a third-party answer.

Plaintiff did not request leave from this Court to file a reply to Defendant's answer, and the Court will not require one. Plaintiff's reply will be stricken from the record.

DATED this 16th day of November, 2005.

_____
David K. Duncan
United States Magistrate Judge