**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christopher David Thompson,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Joseph Arpaio,<br><br>　　　　Defendant. | No.  CIV 05-1493-PHX-JWS (DKD)<br><br>**ORDER** |

It appearing to the Court that Defendant's Motion for Summary Judgment (Doc. #13), filed February 3, 2006, is now ready for the Court's consideration,

**IT IS THEREFORE ORDERED** withdrawing the reference to the current Magistrate Judge as to the Motion for Summary Judgment (Doc. #13). All other matters shall remain before the Magistrate Judge for disposition as appropriate.

DATED this 2nd day of May 2006.

　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　JOHN W. SEDWICK
　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE